Gabriel M. Weaver, OSB No. 125970
gweaver@mwcc.law
Ciaran P.A. Connelly, OSB No. 116761
cconnelly@mwcc.law
McDermott Weaver Connelly Clifford LLP
1000 SW Broadway, Ste. 960
Portland, OR 97205
Tel: (503) 208-6848
Attorneys for Defendant U-Haul Co. of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICIA TARBUCK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>U-HAUL CO. OF OREGON D/B/A U-HAUL STORAGE OF LAKE OSWEGO, A DOMESTIC OREGON CORPORATION,<br><br>Defendant. | Case No.: 3:26-cv-1852<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § § 1332, 1441, and 1446** |

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. § § 1332, 1441, and 1446, Defendant U-Haul Co. of Oregon d/b/a U-Haul Storage of Lake Oswego ("Defendant") hereby removes this action from the Circuit Court of the State of Oregon for the County of Multnomah, Case No. 26CV40542, to the United States District Court for the District of Oregon, Portland Division. This Notice of Removal is supported by the Declaration of Gabriel M. Weaver, which is being filed concurrently.

**I. Procedural History and Allegations**

1. On July 30, 2026, Plaintiff Patricia Tarbuck ("Plaintiff") filed her Complaint for Damages in the Circuit Court of the State of Oregon for the County of Multnomah.

2. Plaintiff alleges negligence for premises liability from a fall and injury Plaintiff sustained on the grounds of U-Haul Storage of Lake Oswego.

3. On August 6, 2026, Defendant was served with the Summons, Complaint, and Mediation Notice.

4. Plaintiff is represented by Andrew Schlesinger.

**II. Grounds for Removal**

5. Plaintiff is a resident of Ocean Shores, Washington.

6. Defendant is an Oregon domestic business corporation with its principal place of business in Oregon.

7. Accordingly, there is complete diversity of citizenship between Plaintiff and Defendant in this action under 28 U.S.C. § § 1441 and 1446.

8. Plaintiff seeks economic damages of $379,968.04 and non-economic damages of $1,620,031.96.

9. Accordingly, the amount in controversy in this action is greater than $75,000, and this Court has original jurisdiction under 28 U.S.C. § 1332.

**III. Satisfaction of Procedural Requirements**

10. Defendant is a corporation that is located and does business in Oregon and has the power and right to remove the action to this Court. 28 U.S.C. § 1446



McDermott Weaver Connelly Clifford LLP
1000 SW Broadway, Suite 960
Portland, Oregon 97205
503.208.6848 | MWCC.law

11. Plaintiff filed this action in Multnomah County, Oregon. Under 28 U.S.C. § 1446, removal to this Court is appropriate.

12. Defendant was served the Summons, Complaint, and Mediation Notice to its registered agent in Salem, Oregon in person on August 6, 2026.

13. Under 28 U.S.C. § 1446, the deadline to file a Notice of Removal is September 8, 2026.

14. Accordingly, this Notice of Removal has been timely filed.

15. After filing this Notice of Removal, Defendant will promptly serve written notice of this Notice of Removal on counsel for Plaintiff and file the same with the Clerk of the Circuit Court of the State of Oregon for the County of Multnomah, in accordance with 28 U.S.C. § 1446(d).

16. True and correct copies of all process and pleadings served on Defendant in the action pending in Circuit Court of the State of Oregon for the County of Multnomah are attached to this Notice of Removal as **Exhibit A**.

## IV. Non-Waiver of Rights, Defenses, or Objections

17. By removing this action from the Circuit Court of the State of Oregon for the County of Multnomah, Defendant does not waive any available rights, defenses, or objections.

18. By removing this action from the Circuit Court of the State of Oregon for the County of Multnomah, Defendant does not admit any of the allegations in Plaintiff's Complaint.

/ / /

/ / /

/ / /



McDermott Weaver Connelly Clifford LLP
1000 SW Broadway, Suite 960
Portland, Oregon 97205
503.208.6848 | MWCC.law

WHEREFORE, Defendant removes the above-captioned action from the Circuit Court of the State of Oregon for the County of Multnomah to the United States District Court for the District of Oregon, Portland Division.

DATED: September 4, 2026

s/ Gabriel M. Weaver
Gabriel M. Weaver, OSB No. 125970
gweaver@mwcc.law
Ciaran P.A. Connelly, OSB No. 116761
cconnelly@mwcc.law
McDermott Weaver Connelly Clifford LLP
1000 SW Broadway, Suite 960
Portland, Oregon 97205
(503) 208-6848
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be served on the attorney or party listed below on the date set forth below by the method(s) indicated:

Andrew Schlesinger, OSB No. 065008
Law Offices of Goldberg & Loren, P.A.
6500 S Macadam Ave., Suite 380
Portland, OR 97239
aschlesinger@goldbergloren.com
*Attorney for Plaintiff*

☒ First-class mail, postage prepaid

DATED: September 4, 2026

s/ Gabriel M. Weaver
Gabriel M. Weaver, OSB No. 125970
gweaver@mwcc.law

# Register of Actions

## Case No. 26CV40542

**Patricia Tarbuck vs U-Haul Co. of Oregon**

§
§
§
§
§

Case Type: **Tort - General**
Date Filed: **07/30/2026**
Location: **Multnomah**

### Party Information

| | | Attorneys |
|---|---|---|
| **Defendant** | **U-Haul Co. of Oregon** ***Doing Business As*** **U-Haul Storange of Lake Oswego** | |
| **Plaintiff** | **Tarbuck, Patricia**<br>6500 S. Macadam Avenue,<br>Suite 380<br>Portland, OR 97239 | **Andrew M Schlesinger**<br>*Retained*<br>800 719-1617 x2176(W) |

### Events & Orders of the Court

**OTHER EVENTS AND HEARINGS**

07/30/2026 **Complaint**
*Negligence; Not Subject to Mandatory Arbitration*
Created: 07/30/2026 4:57 PM

07/30/2026 **Service**

| | | |
|---|---|---|
| U-Haul Co. of Oregon | Served | 08/06/2026 |
| | Returned | 08/17/2026 |

Created: 07/30/2026 4:57 PM

08/17/2026 **Proof - Service**
Created: 08/21/2026 1:56 PM

### Financial Information

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Tarbuck, Patricia | | | |
| | Total Financial Assessment | | | 884.00 |
| | Total Payments and Credits | | | 884.00 |
| | **Balance Due as of 09/03/2026** | | | **0.00** |
| 07/30/2026 | Transaction Assessment | | | 884.00 |
| 07/30/2026 | xWeb Accessed eFile | Receipt # 2026-559381 | Tarbuck, Patricia | (884.00) |

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| PATRICIA TARBUCK, an individual,<br>Plaintiff,<br>and<br>U-HAUL CO. OF OREGON D/B/A U-HAUL STORAGE OF LAKE OSWEGO, A DOMESTIC OREGON CORPORATION,<br>Defendants. | Case No.<br>COMPLAINT - NEGLIGENCE (PREMISES LIABILITY)<br>Not Subject to Mandatory Arbitration<br>Amount in controversy: $2,000,000.00<br>Fee authority: ORS 21.160(1)(d)<br>Filing Fee: $884.00 |

Comes now Plaintiff, Patricia Tarbuck, by and through the undersigned counsel, and for cause of action against Defendant, U-Haul Co. of Oregon d/b/a U-Haul Storage of Lake Oswego, complains and alleges as follows:

1.

The amount in controversy exceeds $50,000.00, and therefore this case is **not** subject to mandatory arbitration.

2.

At all times herein mentioned, Plaintiff was and is a resident of Ocean Shores, Washington.

3.

At all times herein mentioned, Defendant U-Haul Co. of Oregon was and is an Oregon corporation with its principal place of business located at 11711 SE 82nd Ave., City of Portland, Multnomah County, State of Oregon.

///



Law Offices of Goldberg & Loren, P.A.
6500 S. Macadam Ave., Suite 380
Portland, OR 97239
Ph.: (800)719-1617 · Fax: (800) 272-8822
Firm Email: Pleadings@goldbergloren.com

4.

At all times herein mentioned, Defendant U-Haul Co. of Oregon owned and/or operated the business known as U-Haul Storage of Lake Oswego, located at 7100 SW McEwan Road, Lake Oswego, Oregon. This location will be referenced as "The Premises" hereafter.

5.

On or about June 13, 2025, Plaintiff was at The Premises for business related activities.

6.

While at The Premises, Plaintiff was walking on or near a sidewalk or other walkway. While walking Plaintiff's right foot stepped on an uneven surface or pothole that led to a ground level fall.

7.

As a result of the fall, Plaintiff suffered numerous injuries for which treatment was sought. These injuries include

a. Displaced Fracture of the 4th metatarsal bone (Right Foot);
b. Displaced Fracture of the 5th metatarsal bone (Right Foot);
c. Ankle Sprain (Right Foot)
d. Displaced lateral condyle fracture (Left Knee)
e. MCL tear (Left Knee).

**CAUSE OF ACTION: NEGLIGENCE**

**(Premises Liability)**

8.

Plaintiff restates and realleges all preceding paragraphs as if they were set forth herein.

///



Law Offices of Goldberg & Loren, P.A.
6500 S. Macadam Ave., Suite 380
Portland, OR 97239
Ph.: (800)719-1617 · Fax: (800) 272-8822
Firm Email: Pleadings@goldbergloren.com

9.

Further, Defendant was negligent in one or more of the following particulars, which directly lead to Plaintiff's injuries and damages:

a. In failing to use due care;
b. In failing to maintain walkways and adjacent areas in a safe and usable condition;
c. In failing monitor The Premises for potential hazards the public may encounter;
d. In failing to warn the public of potential hazards they may encounter on The Premises;

10.

As a direct and proximate result of the aforesaid negligence of Defendant, Plaintiff suffered injuries set forth in Paragraph 7 which is incorporated herein by reference. Plaintiff underwent multiple medical procedures, including surgeries to treat these injuries. These injuries, and the consequences of them, caused Plaintiff to suffer noneconomic damages including but not limited to past and future pain and suffering, as well as past and future inconvenience and interference with normal and usual activities. .

11.

As a direct and proximate result of the aforesaid negligence of Defendant and the above-referenced injuries, Plaintiff incurred economic damages in the form of medical expenses, totaling $379, 968.04.

12.

Plaintiff's injuries interfered with her ability to carry out her normal and regular mental and physical activities. Plaintiff has suffered from physical and mental pain, discomfort, emotional stress, inconvenience, and anxiety. Plaintiff has sustained non-economic damages in the sum of $1,620,031.96.



Law Offices of Goldberg & Loren, P.A.
6500 S. Macadam Ave., Suite 380
Portland, OR 97239
Ph.: (800)719-1617 · Fax: (800) 272-8822
Firm Email: Pleadings@goldbergloren.com

13.

Plaintiff requests a jury trial.

WHEREFORE, Plaintiff prays for Judgment against Defendant as follows:

1. Judgment for Plaintiff in the sum of $1,620,031.96 for non-economic damages;
2. Judgment for Plaintiff in the sum of $379,968.04 for economic damages (Past medical);
3. For all her costs and disbursements incurred herein; and
4. For such other relief as is just and equitable, including, but not limited to enhanced prevailing party fees authorized by ORS 20.190(3).

DATED this 30th day of July, 2026.

LAW OFFICES OF GOLDBERG & LOREN, P.A.

*/s/ Andrew Schlesinger*
Andrew Schlesinger, OSB 065008
Of Attorneys for Plaintiff
6500 S. Macadam Ave., Suite 380
Portland, OR 97239
Telephone: (800)719-1617
Facsimile: 888-272-8822
Email: aschlesinger@goldbergloren.com
pleadings@goldbergloren.com



Law Offices of Goldberg & Loren, P.A.
6500 S. Macadam Ave., Suite 380
Portland, OR 97239
Ph.: (800)719-1617 · Fax: (800) 272-8822
Firm Email: Pleadings@goldbergloren.com

8/17/2026 10:20 AM
26CV40542

# RETURN OF SERVICE

**IN THE CIRCUIT COURT OF THE STATE OF OREGON
IN AND FOR THE COUNTY OF MULTNOMAH**

Case Number: 26CV40542

Plaintiff: **PATRICIA TARBUCK, an individual**
vs.
Defendant: **U-HAUL CO. OF OREGON D/B/A U HAUL STORAGE OF LAKE OSWEGO, A DOMESTIC OREGON CORPORATION**

Service Documents:
SUMMONS; COMPLAINT AND MEDIATION NOTICE

For:
GOLDBERG & LOREN, P.A.
6500 S. Macadam Ave
Suite 380
Portland, OR 97239

Received by Barrister Malstroms dba Barrister Legal Services, LLC on the 4th day of August, 2026 at 4:04 pm to be served on **U-HAUL CO. OREGON D/B/A UHAUL STORAGE OF LAKE OSWEGO R/A: CT CORPORATION SYSTEM, 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301**

I, Ileah Lundin, do hereby affirm that on the **6th day of August, 2026** at **12:22 pm**, I:

SERVED **U-HAUL CO. OREGON D/B/A UHAUL STORAGE OF LAKE OSWEGO R/A: CT CORPORATION SYSTEM at** 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by personally serving a true copy of the SUMMONS; COMPLAINT AND MEDIATION NOTICE upon EDEN CLOVERGLADE, the clerk on duty in the office of the Registered Agent and who is authorized to accept service.

**CERTIFICATION OF MAILING:** I Rebecca Lundin certify that on **8/11/2026** a true copy of SUMMONS; COMPLAINT AND MEDIATION NOTICE and this Return of Service were mailed to U-HAUL CO. OREGON D/B/A UHAUL STORAGE OF LAKE OSWEGO to 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by First Class Mail, postage paid.

X [signature]

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.
I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

[signature]
**Ileah Lundin**
Process Server

8/11/2026
Date

**Barrister Malstroms dba Barrister Legal Services, LLC**
**967 N. Cascade Dr**
**Woodburn, OR 97071**
**(503) 246-8934**

Our Job Serial Number: TSB-2026004066
Ref: Tarbuck, P - Service

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| PATRICIA TARBUCK, an individual<br>Plaintiff,<br>v.<br>U-HAUL CO. OF OREGON D/B/A UHAUL STORAGE OF LAKE OSWEGO, A DOMESTIC OREGON CORPORATION,<br>Defendant. | Case No. 26CV40542<br>SUMMONS |

**TO: U-HAUL CO. OF OREGON D/B/A UHAUL STORAGE OF LAKE OSWEGO, Registered Agent: C T CORPORATION SYSTEM:**

**780 COMMERCIAL ST SE STE 100, SALEM, OR 97301**

You are hereby required to appear and defend the Complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in care of failure to do so, for want thereof, Plaintiff(s) will apply to the Court for relief demanded in the Complaint.

DATED this 3rd day of August 2026.

*/s/ Andrew Schlesinger*
Andrew Schlesinger, OSB No. 065008
Law Offices of Goldberg & Loren, P.A.,
6500 S Macadam Ave Suite 380,
Portland, OR 97239
E-mail: aschlesinger@goldbergloren.com



Law Offices of Goldberg & Loren, P.A.
6500 S Macadam Ave Suite 380,
Portland, OR 97239
Email: Pleadings@GoldbergLoren.com

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

**You must "appear" in this case, or the other side will win automatically. To "appear" you must file with the Court a legal paper called a "Motion" or "Answer." The "Motion" or "Answer" must be given to the Court Clerk or Administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have an attorney, proof of service upon the Plaintiff.**

**If you have any questions, you should see an attorney immediately. If you need help finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll free in Oregon at (800) 452-7636.**

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

*/s/ Andrew Schlesinger*____________
Andrew Schlesinger, OSB No. 065008

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby direct to serve a true copy of this Summons, together with a true copy of the Complaint mentioned herein, upon the individual(s) or other legal entity(ies) to whom or which this Summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

*/s/ Andrew Schlesinger*____________

Andrew Schlesinger, OSB No. 065008
Law Offices of Goldberg & Loren, P.A.,
6500 S Macadam Ave Suite 380,
Portland, OR 97239
E-mail: aschlesinger@goldbergloren.com



Law Offices of Goldberg & Loren, P.A.
6500 S Macadam Ave Suite 380,
Portland, OR 97239
Email: Pleadings@GoldbergLoren.com

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

**PATRICIA TARBUCK, an individual**

**(b)** County of Residence of First Listed Plaintiff **Grays Harbor County, WA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**Andrew Schlesinger, Law Offices of Goldberg & Loren, P.A.**
**6500 S Macadam Ave., Suite 380, Portland, OR 97239**
**(800) 719-1617**

**DEFENDANTS**

**U-HAUL CO. OF OREGON D/B/A U-HAUL STORAGE OF LAKE OSWEGO, A DOMESTIC OREGON CORPORATION**

County of Residence of First Listed Defendant **Multnomah County, OR**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
**Gabriel M. Weaver, Ciaran P.A. Connelly**
**McDermott Weaver Connelly Clifford LLP**
**1000 SW Broadway, Ste 960, 97205, (503) 208-6848**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit (15 USC 1681 or 1692)
☐ 485 Telephone Consumer Protection Act
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
28 USC §§ 1332, 1441, 1446

Brief description of cause:
Negligence (Premises Liability) for injuries from a fall on the U-Haul dealership grounds

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** **$2,000,000.00**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ____________ DOCKET NUMBER ____________

DATE
**September 4, 2026**

SIGNATURE OF ATTORNEY OF RECORD
**s/ Gabriel M. Weaver, OSB No. 125970**

**FOR OFFICE USE ONLY**

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________